# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DU TRUONG NGUYEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-CV-0363-MJR |
| AMERICAN VOYAGE CORPORATION, JOHN CHUNG NGUYEN, JOHN DOE DEFENDANTS, | ) |
| Defendants. | ) |

## ORDER

**REAGAN, District Judge:**

On May 19, 2008, Plaintiff Nguyen filed the above-caption action. On July 8, 2008 Plaintiff filed a notice of voluntary dismissal (Doc. 16). No Defendant has answered or filed a motion for summary judgment.

**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** provides that a plaintiff may dismiss an action without order of the Court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

Accordingly, pursuant to Rule 41 and Plaintiff's notice (Doc. 16), the Court hereby **DISMISSES** the claims against the Defendants **without prejudice**. Consequently, the Court **DENIES AS MOOT** the pending motion (Doc. 12) and **CANCELS** the hearing set for July 10, 2008 (see Doc. 14).

**IT IS SO ORDERED.**

**DATED this 9th day of July 2008.**

                                               **s/ Michael J. Reagan**
                                               **MICHAEL J. REAGAN**
                                               **United States District Judge**